IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAY BROWN AND ASSOCIATES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HOT SPRINGS SENIOR PROPERTIES, L.L.C., | ) | 8:07CV159 |
| | ) | |
| Defendant, Counterclaimant and Third-Party Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| RAY BROWN, RICHARD J. STACY, MILLER & ASSOCIATES CONSULTING ENGINEERS, P.C., RICHARD M. NOEL, and NOEL ENGINEERING, INC., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

The parties request clarification of paragraph 8(b) of the initial progression order [32], which requires the parties to disclose "at least the names and addresses of all expert witnesses expected to testify for that party at trial" before having their planning conference with the court. This provision is a standard requirement, intended to facilitate the entry of a final case progression order. In other words, the parties should be prepared to finalize a schedule for making expert witness disclosures during the planning conference now set for November 29, 2007.

**IT IS ORDERED** that the parties' joint motion for clarification [78] is granted in that a final schedule for serving expert witness disclosures will be set at the time of the November 29, 2007 planning conference.

**DATED November 8, 2007.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge