IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAY BROWN AND ASSOCIATES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HOT SPRINGS SENIOR PROPERTIES, L.L.C., | ) | 8:07CV159 |
| | ) | |
| Defendant, Counterclaimant and Third-Party Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| RAY BROWN, RICHARD J. STACY, MILLER & ASSOCIATES CONSULTING ENGINEERS, P.C., RICHARD M. NOEL, and NOEL ENGINEERING, INC., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

Considering the Joint Response [94] filed by Hot Springs Senior Properties ("Hot Springs") and Ray Brown & Associates, Inc. ("RBA"), and pursuant to Fed. R. Civ. P. 15(a),

**IT IS ORDERED:**

1. Hot Springs' Motion for Leave to File Amended Counterclaim and Third-Party Complaint [88] is granted. Hot Springs shall file the amended pleading and effect service on all additional parties no later than **February 5, 2008.**

2. RBA's Motion for Leave to File First Amended Complaint [86] is granted. RBA shall file and serve the amended pleading no later than **February 5, 2008.**

**DATED January 3, 2008.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**