IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RAY BROWN AND ASSOCIATES,** Inc., a Nebraska Corporation, | ) ) ) | CASE NO. 8:07CV159 |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| **HOT SPRINGS SENIOR PROPERTIES, LLC,** a South Dakota Limited Liability Company, **STEVEN H. WYATT,** an individual, **KELVIN LORENZ,** an individual, and **DALE BOEHNER,** an individual, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Defendants, Counterclaimants and Third-party Plaintiffs, Steven H. Wyatt, Kelvin Lorenz, and Dale Boehner's, Motion for an Extension of Time in which to file a Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction (Filing No. 128). The Plaintiff does not oppose the motion. Accordingly,

IT IS ORDERED:

1. The Defendants, Counterclaimants and Third-party Plaintiffs' Motion for an Extension of Time (Filing No. 128) is granted; and

2. The Defendants, Counterclaimants and Third-party Plaintiffs shall file their Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction on or before March 28, 2008.

DATED this 21st day of March, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge