IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RAY BROWN AND ASSOCIATES,** Inc., a Nebraska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HOT SPRINGS SENIOR PROPERTIES, LLC,** a South Dakota Limited Liability Company, **STEVEN H. WYATT,** an individual, **KELVIN LORENZ,** an individual, and **DALE BOEHNER,** an individual,<br><br>Defendants. | CASE NO. 8:07CV159<br><br><br>ORDER |

This matter is before the Court on the Plaintiff's Unopposed Motion for Enlargement of Time to File Oppositions to Motions for Summary Judgment (Filing No. 149). The Plaintiff's responses are currently due on May 12, 2008, and it seeks an order extending that date to May 26, 2008.[1] Plaintiff represents to the Court that opposing counsel does not object to the requested enlargement of time. For good cause shown, the Plaintiff's motion will be granted. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Unopposed Motion for Enlargement of Time to File Oppositions to Motions for Summary Judgment (Filing No. 149) is granted; and

2. The Plaintiff's responses shall be filed on or before May 27, 2008.

IT IS ORDERED:

DATED this 9th day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

[1] May 26, 2008 is Memorial Day, a legal holiday.