IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAY BROWN AND ASSOCIATES, INC., a Nebraska Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> HOT SPRINGS SENIOR PROPERTIES, LLC, a South Dakota Limited Liability Company; PINE HILLS, INC., a South Dakota Corporation, STEVEN H. WYATT, an individual; KELVIN LORENZ, an individual; and DALE BOEHNER, an individual, <br><br> Defendants, Counterclaimants and Third-Party Plaintiffs, <br><br> vs. <br><br> RAY BROWN; RICHARD J. STACY; MILLER & ASSOCIATES CONSULTING ENGINEERS, P.C., a Nebraska Professional Corporation; RICHARD M. NOEL; and NOEL ENGINEERING, INC., a Nebraska Corporation, <br><br> Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:07CV159 <br><br> ORDER |

This matter is before the court on the unopposed motion [152] of HOT SPRINGS SENIOR PROPERTIES, LLC ("Hot Springs") for leave to file an amended answer to plaintiff's first amended complaint. Pursuant to Fed. R. Civ. P. 15(a),

**IT IS ORDERED** that the motion [152] is granted, as follows:

1. Hot Springs shall file and serve the amended pleading on or before May 30, 2008.

2. Opposing parties may respond to the amended pleading within the time allowed by Fed. R. Civ. P. 15(a).

**DATED May 16, 2008.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge